# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

## DECEMBER SESSION, 1997

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | **C.C.A. NO. 02C01-9612-CR-00442** |
| | ) | |
| Appellee, | ) | **NO. 95-04448; 95-04449; 95-04450;** |
| | ) | **95-12332; AND 95-04012** |
| | ) | |
| | ) | **SHELBY COUNTY** |
| **VS.** | ) | |
| | ) | **HON. JOHN P. COLTON, JR.** |
| **NICOLE GRAY,** | ) | **JUDGE** |
| | ) | |
| Appellant. | ) | |

FILED

January 23, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

# ORDER

_____Appellant was convicted upon pleas of guilty to four counts of forgery and one count of theft of property under $500.00. She was sentenced to concurrent three-year sentences for the forgery convictions and a concurrent eleven month, twenty-nine day sentence for the theft offense. On appeal Appellant complains that the trial court erred in denying her probation or placement in a community corrections program. After a review of the record we conclude the judgment of the trial court must be affirmed pursuant to Rule 20, Rules of the Court of Criminal Appeals.

The record reflects Appellant has three prior forgery convictions and numerous shoplifting offenses committed while she was a juvenile. When the instant offenses were committed she was still on probation for the previous forgery convictions. Under these circumstances we find no error in the trial court's denial of probation or community corrections placement.

Accordingly, the judgment of the trial court is affirmed pursuant to Rule 20, Rules of the Court of Criminal Appeals.

_____
JERRY L. SMITH, JUDGE


CONCUR:


_____
JOE B. JONES, PRESIDING JUDGE


_____
J. CURWOOD WITT, JR., JUDGE